IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS JAY HUSS,

     Plaintiff,                                                       JUDGMENT IN A CIVIL CASE

v.                                                                                  13-cv-766-bbc

THOMAS J. GRITTON, MICHAEL BALSKUS,
JOY MERBACH, POLLY EBBINGER,
ADAM SCHWAN, "KD" and
JOSEPH HILDEBRAND,

     Defendants.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed on his Eight Amendment claims for wrongful incarceration and dismissing this case for failure to state a claim upon which relief may be granted.

/s/                                                                           3/4/2014

Peter Oppeneer, Clerk of Court                                Date